UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES DICKERSON,<br><br>                Plaintiff,<br><br>    v.<br><br>MR. UTTECHT and STAFF,<br><br>                Defendants. | NO: 12-CV-5133-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

      By Order filed December 21, 2012, the Court directed Mr. Dickerson to show cause why he should not be precluded from proceeding *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915(g).  Plaintiff did not respond to the Court's directive and has filed nothing further in this action.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE REQUIREMENTS -- 1

Records from the Western District of Washington[1] indicate that Mr. Dickerson, a.k.a. James Ernest Dickerson, prisoner number 988884, has filed more than three civil actions in the U.S. District Courts that have been dismissed as frivolous or for failure to state a claim. These cases include: *Dickerson v. Bruneau,* C06-5418 RBL (dismissed 11/06/06, as frivolous, to count as a dismissal under 28 U.S.C. § 1915(g)); *Dickerson v. Rogers,* C06-5419 FDB (dismissed 09/22/06, as frivolous and for failure to state a claim, with dismissal counting as a strike pursuant to 28 U.S.C. § 1915(g)); *Dickerson v. Carpenter,* C06-5421 RBL (dismissed 04/06/07, for failure to state a claim, with dismissal counting as a strike pursuant to 28 U.S.C. § 1915(g)); and *Dickerson v. Bureau*, C06-5475 RBL (dismissed 05/01/07, "This action is frivolous."). Plaintiff makes no assertion that he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Although granted the opportunity to do so, Plaintiff has failed to show cause why he should not be precluded from proceeding *in forma pauperis* in this action.

---

[1] *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (taking notice of judicial proceedings in another court); *see also Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (matters subject to judicial notice may be considered under Fed. R. Civ. P. 12(b)(6)).

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2

He has not paid the $350.00 filing fee. Therefore, **IT IS ORDERED** this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** February 20, 2013.



THOMAS O. RICE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 3