AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JAMES DICKERSON,

        Plaintiff,

        v.

MR. UTTECHT and STAFF,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 12-CV-5133-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: this action is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

February 20, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia